UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| CARLA O. CLAYTON | CIVIL NO. 3:06cv625-RET-SCR |
| Plaintiff, | JUDGE TYSON |
| VERSUS | MAGISTRATE RIEDLINGER |
| AMERICAN SECURITY INSURANCE CO., and CHASE HOME FINANCE, L.L.C. | |
| Defendants | |

### JUDGMENT OF DISMISSAL

HAVING CONSIDERED the foregoing Joint Motion To Dismiss With Prejudice;

IT IS ORDERED, ADJUDGED AND DECREED that the Original and Amended Petitions and claims of Carla O. Clayton filed in the above-captioned matter, and all claims and causes of action asserted therein, are dismissed with prejudice and with each party to bear its own attorney's fees and costs.

Thus done and signed on this the 18th day of February, 2009 in Baton Rouge, Louisiana.

_____
Judge, United States District Court
Middle District of Louisiana

320929.1                               - 1 -